*The Bornmann Law Group, PLLC*
4904 S. Power Rd, Ste 103-443
Mesa, AZ 85212
Phone: (480) 263-1699
bornmannlawgroup@gmail.com
*Attorneys for Debtor*
*Parker Evan Bornmann, Esq. # 024909*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter Thirteen |
|---|---|
| RUSSELL T PARENT | |
| | Case No. **2:11-bk-3447-SSC** |
| Debtors, | **OBJECTION TO LODGED ORDER DISMISSING CASE [DKT 24]** |

COMES NOW Debtor RUSSEL T PARENT by and through Counsel undersigned and submits their Objection to Lodged Order Dismissing Case [DKT 21].

One March 12th 2011, Trustee in this case lodged an order Dismissing Debtor case for failure to make plan payments. The order states, in short, that Debtor have failed to make payments since the inception of this case. Counsel was wholly unaware that Debtor had not made any plan payments, as no motion was filed nor was any communication received from the Trustee stating such. Counsel has informed Debtor of the shortfall, and simultaneous to this motion, Debtor shall remit the delinquent plan payments, totaling $600 to the trustee, to be delivered to his payment lockbox. Debtor will immediately

make arrangements to bring plan payments current.

WHEREFORE Debtors request that the Court, DENY Trustees lodged order dismissing this case.

Respectfully submitted this 20th day of March 2012.

/s/ Parker Evan Bornmann
Parker Evan Bornmann
Attorney for Debtor

CERTIFICATE OF SERVICE
Copy of the foregoing sent the 20th day of March 2012 to:

RUSSELL T PARENT
130 SOUTH ELM STREET
CHANDLER, AZ 85226

Edward Maney
Chapter 13 Trustee
P.O. Box 10434
Phoenix, AZ 85064

Served the 20th day of March, 2012 by

/s/ Parker Evan Bornmann
Parker Evan Bornmann